## (May 18, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD J. BRENNAN, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Ontario County Court convicting defendant of the crime of abduction, in two counts.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE COLLINS, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus, after a hearing, and remanding relator to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY M. GREEN, JR., Appellant.— Order affirmed without prejudice to a new application upon a proper showing. (See People v. Smyth, 3 N Y 2d 184.) All concur. (Appeal from an order of Allegany County Court dismissing the petition in a proceeding in the nature of a writ of error coram nobis.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ VILLAGE OF HILTON, Plaintiff, v. CUMMINGS AND HOLMES, INC., et al., Defendants. (Action No. 1.) CUMMINGS AND HOLMES, INC., Appellant, v. ROBINSON CLAY PRODUCT CO., Respondent, et al., Defendants, and AMERICAN SURETY COMPANY OF NEW YORK, Impleaded Appellant. (Action No. 2.) — Order reversed, without costs of these appeals to any party and motion denied, without costs, on the ground that the Special Term order was an improvident exercise of discretion. All concur. (Appeals by plaintiffs and by defendant surety company in Action No. 2 from order of Monroe Special Term dismissing the complaint as to defendant Robinson Clay Product Co.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ JULIA PUTVIN, as Administratrix of the Estate of PERCY J. PUTVIN, Deceased, Respondent, v. BUFFALO ELECTRIC Co., INC., et al., Defendants, and JOSEPH DAVIS, INC., et al., Defendants and Third-Party Plaintiffs-Appellants. WALLACE & TIERNAN, INCORPORATED, Third-Party Defendant-Respondent. (Action No. 1.) (And Ten Other Actions.) — Order reversed, without costs of this appeal to any party and joint trial of all the actions directed. Memorandum: The separation of the actions into two groups was an improvident exercise of discretion. All actions should be tried together without consolidation. All concur. (Appeal from an order of Erie Special Term consolidating Actions Nos. 1, 6, 7, 8, 9, 10 and 11, and Actions Nos. 2, 3, 4 and 5 and directing that trial of the second consolidated action take place subsequent to the trial of the first-mentioned action.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.